IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

RICARDO VALLES,                          )
                                         )
                    Petitioner           )
                                         )
        vs.                              )        No. CIV-05-1053-C
                                         )
JOSEPH SCIBANA, Warden, et al.,          )
                                         )
                    Respondents          )

ORDER ADOPTING REPORT AND RECOMMENDATION

        This action for habeas corpus relief brought by a federal prisoner, proceeding pro se,

was referred to United States Magistrate Judge Gary M. Purcell, consistent with the

provisions of 28 U.S.C. § 636(b)(1)(B).   Judge Purcell entered a Report and

Recommendation on September 20, 2005, to which Petitioner has timely objected. The Court

therefore considers the matter de novo.

        The facts and law are accurately set out in the Magistrate Judge's Report and

Recommendation and there is no purpose to be served in repeating them yet again.  In his

objection, Petitioner merely restates the conclusions and legal argument originally asserted,

and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the

Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief

is DENIED upon filing.  28 U.S.C. § 2243.  A judgment will enter accordingly.

IT IS SO ORDERED this 19th day of October, 2005.


ROBIN J. CAUTHRON
United States District Judge